Circuit denied.  *Mr. Robert R. Nevin* and *Mr. Earl H. Turner* for petitioner.  No brief filed for the United States.

---

No. 889.  JOHN E. WINKELMAN *v.* LAURA M. WINKELMAN.  April 14, 1924.  Petition for a writ of certiorari to the Supreme Court of the State of Illinois denied.  *Mr. John E. Hughes* for petitioner.  No appearance for respondent.

---

No. 893.  SOUTHERN RAILWAY COMPANY *v.* MARGARET E. KIRKLAND ET AL., EXECUTORS, ETC.  April 14, 1924.  Petition for a writ of certiorari to the Supreme Court of the State of South Carolina denied.  *Mr. S. R. Prince, Mr. H. O'B. Cooper, Mr. F. G. Tompkins* and *Mr. L. E. Jeffries* for petitioner.  *Mr. A. S. Harby* for respondents.

---

No. 894.  GREENSBORO WAREHOUSE & STORAGE COMPANY *v.* JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, ETC., ET AL.  April 14, 1924.  Petition for a writ of certiorari to the Supreme Court of the State of North Carolina denied.  *Mr. Frank P. Hobgood, Jr., Mr. William P. Bynum* and *Mr. Sidney S. Alderman* for petitioner.  No appearance for respondents.

---

No. 735.  FLO LaCHAPELLE, AS ADMINISTRATRIX, ETC. *v.* UNION PACIFIC COAL COMPANY.  [See *ante,* 575.]

---

No. 504.  CONTINENTAL & COMMERCIAL TRUST & SAVINGS BANK *v.* WILHELMINA WERNER ET AL.  [See *ante,* 576.]